STATE OF NEW JERSEY v. WILLIAM WILSON.

July 12, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL TATE.

July 12, 1984.

Leave to appeal is granted, and the matter is summarily remanded to the Appellate Division to hear the merits on the appeal.

Jurisdiction is not retained.

GENE BLUMENREICH v. AILEEN STEVENSON.

July 17, 1984.

Petition for certification denied.

JADEN ELECTRIC, DIVISION OF THE FARFIELD COMPANY, A PENNSYLVANIA CORPORATION v. ATLANTIC COUNTY IMPROVEMENT AUTHORITY.

August 7, 1984.

Petition for certification denied.